UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

UNITED STATES OF AMERICA,

-against-

Christina Marie Esquer

Defendant(s).
-----------------------------------------------------------------X

**CONSENT TO PROCEED BY VIDEO OR TELE CONFERENCE**

-CR-    (  ) (  )

Defendant ____Christina Marie Esquer_____ hereby voluntarily consents to participate in the following proceeding via __x_ videoconferencing or _x__ teleconferencing:

_x__    Initial Appearance Before a Judicial Officer

___     Arraignment (Note:  If on Felony Information, Defendant Must Sign Separate Waiver of Indictment Form)

___     Bail/Detention Hearing

___     Conference Before a Judicial Officer


Christina Marie Esquer  by Jill R. Shellow                s/Jill R. Shellow
_____                    _____
Defendant's Signature                                     Defendant's Counsel's Signature
(Judge may obtain verbal consent on
Record and Sign for Defendant)
Christina Marie Esquer
_____                    _____Jill R. Shellow_____
Print Defendant's Name                                    Print Counsel's Name


This proceeding was conducted by reliable video or telephone conferencing technology.

 10/1/2020                                                _____
Date                                                      U.S. District Judge/U.S. Magistrate Judge